Epiphany Owen (State Bar No. 211527)
eowen@rutan.com
Joseph Larsen (State Bar No. 244506)
jlarsen@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
Saddleback Valley Unified School District

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| G.M. and R.M., a minor child by and through her mother G.M., <br><br> Plaintiffs, <br><br> vs. <br><br> SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. SA CV 11-1449 DOC (MLGx) <br><br> **FINAL JUDGMENT** <br><br> Date Action Filed: September 22, 2011 <br><br> Hearing on Briefing: <br> Date:       July 25, 2012 <br> Time:       4:30 p.m. <br> Location:  Courtroom 9D |

On July 25, 2012, this matter was heard before this Court, the Honorable David O. Carter, United States District Court, presiding.  Plaintiffs appeared through their attorney of record, Drew Massey of Timothy A. Adams & Associates, APLC.  Defendant appeared through its attorney of record, Epiphany Owen of Rutan & Tucker, LLP.

The Court, having considered the briefs of the parties, arguments of counsel, and the administrative record, and good cause appearing, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1) Plaintiffs take nothing by reason of their Complaint;

2) Judgment is entered in favor of Defendant Saddleback Valley Unified

Rutan & Tucker, LLP
attorneys at law

2132/060989-0001
3898222.1 a08/02/12

Case No. 11-cv-01449 DOC (MLGx)
FINAL JUDGMENT

-1-

School District in accordance with the Court's Order Affirming Administrative Law Judge's Decision, dated August 1, 2012;

    3)    Defendant Saddleback Valley Unified School District is the prevailing party for purposes of the underlying administrative action and the instant appeal thereof; and

    4)    This Court retains jurisdiction over the parties related to Defendant Saddleback Valley Unified School District's forthcoming Motion for Reasonable Attorneys Fees.

Dated: <u>August 6, 2012</u>

    */s/ David O. Carter*
Hon. David O. Carter
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2132/060989-0001
3898222.1 a08/02/12

-2-

Case No. 11-cv-01449 DOC (MLGx)
FINAL JUDGMENT